Dismissed and Memorandum Opinion filed October 16, 2008








Dismissed
and Memorandum Opinion filed October 16, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00682-CV

____________

 

IN THE INTEREST OF J.K. and J.E.K., Children

 

 



 

On Appeal from the
312th District Court

Harris County,
Texas

Trial Court Cause
No. 1995-33237

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 18, 2008.  On October 9, 2008,
appellant, the Office of the Attorney General of Texas, filed an unopposed
motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
16, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.